HOME PRODUCTS INTERNATIONAL, INC., Plaintiff–Appellee,

v.

UNITED STATES, Defendant–Appellee,

v.

Since Hardware (Guangzhou) Co. Ltd., Defendant–Appellant.

No. 2012–1608.

United States Court of Appeals, Federal Circuit.

April 11, 2013.

Frederick L. Ikenson, Blank Rome, LLP, of Washington, DC, argue for plaintiff-appellee. Of counsel were Kierstan Lee Carlson and Larry Hampel.

Carrie A. Dunsmore, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Stuart F. Delery, Principal Deputy Assistant Attorney General, Jeanne E. Davidson, Director, Patricia M. McCarthy, Assistant Director. Of counsel on the brief was Nathaniel J. Halvorson, Attorney, Office of the Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC.

William E. Perry, Dorsey & Whitney, LLP, of Seattle, Washington, argued for defendant-appellant. With him on the brief was Emily Lawson.

DYK, MAYER, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**